Jerry Allen TORRES, Petitioner–
Appellant,

v.

Edward S. ALAMEIDA, Jr., Director,
Respondent–Appellee.

No. 05–56404.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2007.*

Filed Jan. 19, 2007.

David J. Zugman, Esq., San Diego, CA, for Petitioner–Appellant.

Edward S. Alameida, Jr., Director, Kevin R. Vienna, Esq., AGCA—Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: KLEINFELD, GOULD, and SMITH, Circuit Judges.

## MEMORANDUM **

Petitioner Jerry Allen Torres appeals the district court's dismissal of his 28 U.S.C. § 2254 petition for writ of habeas

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

corpus because it was untimely. We affirm for the reasons stated by the district court.

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

